United States District Court
Western District of New York

Reginald Eugene Johnson,            25-CV-
                  Plaintiff,        Verified
      -v-                           Complaint
                                    § 1983

Det. Nicholas Cacciatore,
LT M. Ferrucci,                     25-CV-712-LJV
PO. N. Nesci,
PO. N. Guise,
PO. A. Mallore,
John Doe #1,
John Doe #2,
John Doe #3,
John Doe #4,
                  Defendants.

## Complaint For Violation of Civil Rights

### I. Jurisdiction And Venue

1) This is a civil rights lawsuit being submitted pursuant to 42 U.S.C. § 1983, Seeking Damages And Remedies For The Violations To The Plaintiff's Constitutional Rights

2) The Jurisdiction of This Actions Is pursuant to 28 U.S.C. § 1331 And 1341(1),(3), And 28 U.S.C. § 2201 And 2202.

3) Niagara County is the Jurisdiction of this action because the events given rise to this suit occured in the City of ~~Buffalo~~ Niagarafalls, N.Y. Pursuant to 28 U.S.C.

## II. Parties to this Action

4) The Plaintiff: Reginald Eugene Johnson Currently Resides at: Niagara County Correctional Facility, 5526 Niagara St. Ext. Lockport, N.Y. 14095

5) Defendants Name: Nicholas Cacciatore
Official Position: Detective
Sued In: Individual Capacity
Address: TAPD Metro Headquaters 1404 Main St. Buffalo, N.Y. 14209

6) Defendants Name: M. Ferrucci
Official Position: LT
Sued In: Individual and Official Capacity
Address: TAPD Metro Headquaters 1404 Main St. Buffalo, N.Y. 14209

7) Defendants Name: N. Gunz
Official Position: Police Officer
Sued In: Individual
Address: TAPD Metro Headquaters 1404 Main St. Buffalo, N.Y. 14209

8) Defendants Name: N. Nesci
Official Position: Police Officer
Sued In: Individual Capacity
Address: TAPD Metro Headquarters 1404 Main St. Buffalo, N.Y. 14209

9) Defendants Name: A. Mallone
Official Position: Police Officer
Sued In: Individual Capacity
Address: TAPD Metro Headquarters 1404 Main St. Buffalo, N.Y. 14209

10) Defendants Name: John Doe #1
Official Position: Police Officer
Sued In: Individual Capacity
Address: 1925 Main St. Niagara Falls, N.Y. 14305

11) Defendants Name: John #2
Official Position: Police Officer
Sued In: Individual Capacity
Address: 1925 Main St. Niagara Falls, N.Y. 14305

## III. Statement of Facts

12) On 5-18-2025 (Saturday) at or around 3 or 4 o'clock I Reginald Eugene Johnson was seized by the Niagara Falls Police Department at a friends house at 1027 13th and Whitney Ave. and asked to come off the porch, then searched

By John Doe #1 and placed in Handcuffs.

13) I was then placed in another Police Car with John Doe #2 and taken to the Niagara Falls Bus Terminal Station 1124 Portage Rd.

14) There where alot of people standing around and I Reginald Eugene Johnson again continuously yelling and asking every officer what was going on and as well why am I here.

15) The Body Camera will allow you to hear me and see me asking every officer the above question and Mr Reginald Eugene Johnson having high Blood Pressure and Seizures I Requested Medical Attention.

16) Once Again, I Reginald Eugene Johnson was egnored by the officer's and in the course of all this going on I had a Seizure Using the Batnroom on myself (1) and (2)

17) A White Shirt From the Niagarafalls Police John Doe #3, Opened the Backdoor of the Police Car in which I was sitting picked up Something egnoring my Request for

Medical Attention and Slammed the Door walking away.

18) After about an hour of sitting in the back seat of the Niagara Falls Police Car, I Reginald Eugene Johnson was placed into another car, John Doe #4 from Metro's Police Car where I asked John Doe #4 for Medical Attention.

19) Without any Response to my Request we began driving off, and I Reginald Eugene Johnson asked John Doe #4 where was he taking me. The officer John Doe #4 responded that his Boss had wanted to talk with me and that he had no knowledge of what was going on.

20) I Reginald Eugene Johnson again Requested for Medical Attention Because of my Health Issue's and again John Doe #4 stated that he had to get me to his Boss.

21) Driven from the Niagara Falls Bus Transit Station on 1124 Portage Rd. to the Erie County TAPD Station Headquarters at 1404 Main St. in the City of Buffalo, N.Y. 14209

22) Another hour had passed remaining in my Fesses, I Reginald Eugene Johnson was taken into the TAPD Station Headquarters and again once inside I Reginald Eugene Johnson required emergency attention from Detective Nicholas Cacciatore as well a lady investigator and egnored. I made verbal grievances to Detective Nicholas and he told me that if I don't make a statement I don't get nothing.

23) I Reginald Eugene Johnson began refusing to answer any questions or anything until I received medical attention. Detective Nicholas Cacciatore had another officer John Doe #4 take me into there restroom, and told me I'd better talk then gave me a white jumper suit and said only then will I see medical.

24) Detective Nicholas was waiting for me Reginald Eugene Johnson with two photo's one of a person holding a beer, and the other was supposed to be of me, I stated that I didn't know either.

25) Detective Nicholas then stated that he has video of the situation, and I

Reginald Eugene Johnson again responded stating get me medical attention please and thank you.

26) After about twenty or thirty minutes later the fire department showed up and took my blood pressure and vitals then transported me to ECMC emergency where I remained for seven days 5-18-25 until 5-24-25 in which was a Friday.

IIII. Legal Claims:

27) First Claim: Unlawful Search and Seizure, in violation of the 4th. and 14th. Amendments.

28) Defendant John Doe #1 arrived while Plaintiff was at 1027 13th. and Whitney Ave. a friend of the Plaintiff on May 18th, 2025 at or around 3 or 4 oclock and asked Plaintiff to come off the porch, in which I did. John Doe 1 then asked Plaintiff did I have anything on me and started searching me, removing from me my wallet, cell phone, and other items from my pockets.

29) Defendant John Doe #1 then placed me in handcuffs putting me in the backseat of the patrol car of John Doe #2, the whole while I asked John Doe #1 what was going on. John Doe #1 told me and my friend that I wasn't under arrest.

30) John Doe #1 placed me in another John Doe #2 car and he drove me to the Niagara Falls Bus Terminal 1124 Portage Rd.

31) I then was placed into another different John Doe #3 police car TAPD and transported Plaintiff to the Headquarters of TAPD Metro in the City of Buffalo at 1404 Main St. There Detective Nicholas Cacciatore had another John Doe #4 removed me of all my clothes, sneakers, blue parashoot pants, black long sleeve shirt with a eagle and American flag on it as well.

32) While in custody the Defendants arriving from the Bus station in Niagara Falls to the Headquarters in Buffalo, Defendants John Doe #1, 2, 3, 4, as well Nicholas Cacciatore, PO N. Nesci, PO N. Guise, LT M. Ferrucci, PO A. Mallone,

33) <u>Second Claim: Denial of Right to Adequate Medical Treatment/And Retaliation Denial Medical Attention In Violation of 1st, 8th, And 14th Amendments.</u>

34) The Body Camara will allow you to hear me Reginald Eugene Johnson asking every officer for Medical Attention Because I Reginald Eugene Johnson has High Blood pressure And Seizures I Requested Medical Attention.

35) Once Again I Reginald Eugene Johnson was Egnored By the Officer's And in the Corse of All This Going on, I Reginald Eugene Johnson Had a Seizure Using the Bathroom on myself (1) And (2).

36) A white shirt from the Niagara Falls Police Department who's name I Don't know opened the Backdoor of the Police car In which I was In, picked up Something Egnoring my Request for Medical Attention and Slammed the Door walking Away.

37) After About An Hour of sitting there in

39) Without any response to my request we began to drive off and I Reginald Eugene Johnson asked John Doe #2 where was he taking me, And John Doe #2 responded that his boss had wanted to talk with me and that he had no knowledge of what was going on.

40) I Reginald Eugene Johnson again requested for medical attention because of my health issues, And again the Metro officer John Doe #2 stated that he had to get me to his boss.

41) My Seizure.

42) As a result of the Defendants actions the Plaintiff Reginald Eugene Johnson suffered Mental Anguish, Breathing Complications from Seizures, the feeling of experiencing Death and Defecating on self. Also the Loss of Plaintiffs personal property without Rational Cause.

## V. Releif Requested:

Wherefore the Plaintiff Respectfully prays the Court grants this Releif Entirely:

43) **Punitive Damages:** In the amount Separately and Together for each Individual that totals $2,400,000

44) **Compensator Damages:** In the Amount Seperatly and Together for each Individual that totals $1,200,000

45) Any other Releif the Courts May Deem proper

## VI. Verification:

I Reginald Eugene Johnson being duly sworn Affirms and Verifies under the penalty of perjury Pursuant

TO THE 28 U.S.C § 1746, THAT I ~~KNOW BOTH~~ HAVE FULLY READ THE CONTENTS OF THIS ATTACHED VERIFIED COMPLAINT. And I KNOW THAT ALL THE INFORMATION STATED THERE IN IN TO BE TRUE And Accurate. And, Anything STATED UPON INFORMATION AND Belief, TO BE TRUE As Well.

Dated:

Sworn To before Me This 14th Day of July 2025

_____
NOTARY

**DEREK KRATTS**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KR0016367
Qualified in Niagara County
Commission Expires November 13, 20__

_____
SIGNATURE

Reginald Eugene Johnson
Niagara Correctional Facility
5526 Niagara Street. Ext
Lockport, New York 14095

Elizabeth D. Wolford
Western District Court
100 State Street.
Rochester, New York 14614